UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :

   IN RE:                                                     :   CASE NO.: 15-73746-reg

Andrew Gregory and Nancy Gregory,         :   CHAPTER: 13

Debtors.                                                 :   HON. JUDGE.:
                                                                   :   Robert E. Grossman

-----------------------------------------------------------------X

## ORDER MODIFYING AND
## TERMINATING AUTOMATIC STAY

       Upon the Application (the "Application") of BSI Financial Services as servicer for US Bank National Trust National Association as Trustee of the Igloo Series III Trust (the "Movant"), through its attorneys, Friedman Vartolo, LLP, for relief from the automatic stay, and

       On or about February 19, 2019 an Order Conditionally Granting Relief from Stay was signed by the Hon. Robert E. Grossman (the "Conditional Order"), and

       The Debtor having defaulted in making the required payments pursuant to the terms of the Conditional Order, and

       A Notice to Cure having been issued and served by Movant pursuant to the terms of the Conditional Order and

       The Debtor having failed to timely cure the default set forth in the Notice to Cure, and

       Upon the Affirmation of Non-Compliance filed herewith, it is therefore, hereby

ORDERED, that the Application of Movant is granted modifying the automatic stay to allow Movant, its successors and/or assigns, to pursue any and all action and to exercise its remedies as to the property known as 120 South Hillside Avenue, Nesconset, NY 11767; and it is further

ORDERED, that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

ORDERED, that the Trustee shall retain any and all interest the Debtor's estate may have in any surplus monies from a foreclosure sale of the Real Property.

|  |  |
|---|---|
| **Dated: Central Islip, New York**<br>**November 7, 2019** | _/s/ Robert E. Grossman_<br>**Robert E. Grossman**<br>**United States Bankruptcy Judge** |