**Fill in this information to identify the case:**

Debtor 1  Andrew Gregory

Debtor 2  Nancy Gregory
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern    District of    New York
(State)

Case number  15-73746-REG

---

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account:    6   9   4   5

**Property address:** 120 South Hillside Avenue
Number    Street

Nesconset    NY    11767
City    State    ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ___/___/___
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a) $ 24,174.46

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c.  **Total**. Add lines a and b.    (c) $ 24,174.46

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    11/01/2019
MM / DD / YYYY

11/1/19 - 9/1/20 @ $2386.89 /mos - Sus: $2081.33

Debtor 1 **Andrew Gregory**

First Name      Middle Name      Last Name

Case number *(if known)* **15-73746-REG**

---

| **Part 4:** | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

❑ I am the creditor.
❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **Richard Postiglione**

Signature

Date  09 / 15 / 2020

Print **Richard**          Postiglione          Title **Attorney for Creditor**

First Name          Middle Name          Last Name

Company **Friedman Vartolo, LLP**

If different from the notice address listed on the proof of claim to which this response applies:

Address **1325 Franklin Avenue, Suite 230**

Number          Street

**Garden City**          **NY**          11530

City          State          ZIP Code

Contact phone **212** **471** **5100**

(_____) _____–_____

Email  bankruptcy@friedmanvartolo.com

---




**RSI Financial Services**

**Loan Information**

| | |
|---|---|
| Loan # | |
| Borrower | |
| Bk Case # | 8-15-73746 |
| Date Filed | 8/31/2015 |
| First Post Petition Due Date | 9/1/2015 |
| POC Covers | 9/1/15-8/31/15 |

**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed |
|---|---|---|---|---|
| 9/1/2015 | $645.76 | $1,215.20 | $1,860.96 | 8/31/2016 |
| 9/1/2016 | $645.76 | $1,235.20 | $1,881.49 | 8/31/2016 |
| 9/1/2017 | $645.76 | $1,253.60 | $1,899.36 | 8/8/2017 |
| 11/1/2019 | $645.76 | $1,741.10 | $2,386.89 | 10/4/2019 |
| | | | $0.00 | |
| | | | $0.00 | |

| Date | Amount Recd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/(Short) | Suspense Credit | Suspense Debit | Suspense Balance | APO Arrears Credit | APO Debit | APO Arrears Balance | APO Paid to Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|